**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Julia K. Venditti (State Bar No. 332688)
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
         jvenditti@bursor.com
         idiaz@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY CONNOLLY, individually and on behalf of all other persons similarly situated,<br><br>                              Plaintiff,<br>    v.<br><br>THE BLACK TUX, LLC,<br><br>                              Defendant. | Case No. 3:25-cv-05996-MMC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Hon. Maxine M. Chesney |

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing…a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff Cody Connolly, hereby dismisses his claims against Defendant The Black Tux, LLC, without prejudice.

Dated: July 23, 2025                           Respectfully submitted,

**BURSOR & FISHER, P.A**.

By:   */s/ Julia K. Venditti*
          Julia K. Venditti

L. Timothy Fisher (State Bar No. 191626)
Julia K. Venditti (State Bar No. 332688)
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
           jvenditti@bursor.com
           idiaz@bursor.com

*Attorneys for Plaintiff*